# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE CITY DIVISION

LIONEL WILLARD PEARCE, JR.,

    Petitioner,

v.                                         CASE NO.  4:08cv156-RH/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 9) and the objections (document 10).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The respondent's motion to dismiss (document 6) is GRANTED.  The petition challenging the 2005 conviction out of the Circuit Court, Second Judicial Circuit, Wakulla County, Florida, case number 04-278CFMA, is

DISMISSED with prejudice.  The clerk must enter judgment and close the file.

    SO ORDERED on August 22, 2008.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge